**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Matter of the Care and Treatment of Richard Dean Capps, Appellant.

Appellate Case No. 2013-001203

———————

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

———————

Unpublished Opinion No. 2014-UP-321
Submitted July 1, 2014 – Filed August 13, 2014

———————

**AFFIRMED**

———————

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Gaster*, 349 S.C. 545, 557, 564 S.E.2d 87, 93 (2002) ("The admission of evidence is within the discretion of the trial court and will not be reversed absent an abuse of discretion."); S.C. Code Ann. § 44-48-30(1) (Supp. 2013) ("'Sexually violent predator' means a person who: (a) has been convicted of a sexually violent offense; and (b) suffers from a mental abnormality or personality

disorder that makes the person likely to engage in acts of sexual violence if not confined in a secure facility for long-term control, care, and treatment."); *In re Corley*, 353 S.C. 202, 206, 577 S.E.2d 451, 453 (2003) (stating the details of past criminal offenses are relevant to show whether a defendant is likely to engage in acts of sexual violence again).

**AFFIRMED.**[1]

**HUFF, THOMAS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.